IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHERISH M. OBERLIES                                                              PLAINTIFF

     v.                              CIVIL NO. 12-2177

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                   DEFENDANT

**O R D E R**

     Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

     Plaintiff's IFP application indicates that she receives $704.00 a month from long-term disability, which will end in September 2012, and her husband receives $1,800 from his employment at Simmons Food. ECF No. 2, at 1. However, Plaintiff does not specify how often her husband is compensated and if this figure represents his gross or net income. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding her sources of income. Plaintiff is directed to file her amended IFP application on or before August 20, 2012. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

     IT IS SO ORDERED this 6th day of August 2012.

                                                 /s/ *J. Marschewski*
                                             HONORABLE JAMES R. MARSCHEWSKI
                                             CHIEF UNITED STATES MAGISTRATE JUDGE